## MISCELLANEOUS DISMISSALS

**97–74. State ex rel. Eaton Corp. v. Indus. Comm.**
Franklin App. No. 95APD11–1550. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. It appears from the records of this court that appellant has not filed a merit brief, due March 10, 1997, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*

*Wednesday, March 19, 1997*

## DISCRETIONARY APPEALS ALLOWED

**96–2727. In re Estate of Baughman.**
Warren App. No. CA96–02–018.
RESNICK, COOK and LUNDBERG STRATTON, JJ., dissent.

*Thursday, March 20, 1997*

## MOTION DOCKET

**96–876. Gallia Cty. Veterans Serv. Comm. v. Gallia Cty. Bd. of Commrs.**
Gallia App. No. 95CA13. This cause is pending before the court as an appeal from the Court of Appeals for Gallia County. Upon consideration of the motion of *amicus curiae,* Ohio State Association of Veterans Service Commissions, to participate in oral argument,

IT IS ORDERED by the court that the motion to participate in oral argument be, and hereby is, granted, and Ohio State Association of Veterans Service Commissions is to share the time allotted to appellant.

**97–227. Williams v. 312 Walnut L.P.**
Hamilton App. No. C–960368. This cause is pending as a discretionary appeal and a claimed appeal of right from the Court of Appeals for Hamilton County. On March 7, 1997, appellee city of Cincinnati filed a document titled "Motion to Determine Deadline." The court finds that appellee's motion is, in substance, a request to file an untimely memorandum in response and, as such, is prohibited by S.Ct.Prac.R. XIV(1)(C). Accordingly,

IT IS ORDERED by the court, *sua sponte,* that appellee's motion to determine deadline be, and hereby is, stricken.

## RECONSIDERATION DOCKET

**96–2742. State v. Greene.**
Scioto App. No. 94CA2297. Reported at 78 Ohio St.3d 1420, 676 N.E.2d 123. On motion for reconsideration. Motion denied.

**96–2800. State v. Ledbetter.**
Greene App. No. 95CA04. Reported at 78 Ohio St.3d 1421, 676 N.E.2d 124. On motion for reconsideration. Motion denied.

## MISCELLANEOUS DISMISSALS

**97–329. GTE N., Inc. v. Pub. Util. Comm.**
Public Utilities Commission, No. 95–790–TP–COI. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.